BUTLER COUNTY BAR ASSOCIATION *v.* DERIVAN.

[Cite as *Butler Cty. Bar Assn. v. Derivan* (1998), 81 Ohio St.3d 300.]

(No. 97–2259—Submitted January 14, 1998—Decided April 1, 1998.)

*Michael T. Gmoser* and *Gregory K. Pratt,* for relator.

*Frank J. Schiavone,* for respondent.

---

**Per Curiam.** We have reviewed the record and adopt the findings and conclusions of the board. However, we believe a more severe sanction is warranted. This case involves more than respondent's negligence in failing to file a case within the appropriate statute of limitations. Respondent deliberately manufactured a document to exonerate himself and presented it as genuine in a formal disciplinary proceeding. Respondent is hereby suspended from the practice of law in Ohio for six months. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.